UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUIZHENG AN,<br><br>                   Plaintiff,<br><br>        v.<br><br>GTV MEDIA GROUP INC., A DELAWARE CORPORATION, SARACA MEDIA GROUP INC., A DELAWARE CORPORATION, WENGUI GUO,<br><br>                 Defendants. | Index No. 1:20-cv-06555-MKV<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GTV MEDIA GROUP INC. ("GTV") hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

      Saraca Media Group Inc., a privately held corporation, owns over 84% of GTV common stock. No publicly held corporation owns 10% or more of GTV's stock.

| | |
|---|---|
| Dated:  New York, NY<br>           October 5, 2020 | Respectfully submitted,<br><br>**WALDEN MACHT & HARAN LLP**<br><br>By:  *Jeffrey Udell*<br>       Jim Walden<br>       Jeffrey A. Udell<br>       One Battery Park Plaza, 34th Floor<br>       New York, NY 10004<br>       Tel: (201) 335-2030<br>       jwalden@wmhlaw.com<br><br>*Attorney for Defendants GTV Media Group Inc. and Saraca Media Group Inc.* |

1