UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUIZHENG AN,<br><br>     Plaintiff,<br><br>   v.<br><br>GTV MEDIA GROUP INC., A DELAWARE CORPORATION, SARACA MEDIA GROUP INC., A DELAWARE CORPORATION, WENGUI GUO,<br><br>     Defendants. | Index No. 1:20-cv-06555-MKV<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SARACA MEDIA GROUP INC. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
    October 5, 2020

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By: _/s/ Jeffrey Udell_
Jim Walden
Jeffrey A. Udell
One Battery Park Plaza, 34th Floor
New York, NY 10004
Tel: (201) 335-2030
jwalden@wmhlaw.com

*Attorney for Defendants GTV Media Group Inc. and Saraca Media Group Inc.*

1