# EXHIBIT H

FILED: NEW YORK COUNTY CLERK 09/25/2020 05:43 PM INDEX NO. 652077/2017
NYSCEF DOC. NO. 580　　　　　　　　　　　　　　　　　　　　　RECEIVED NYSCEF: 09/25/2020
Case 1:20-cv-06555-MKV   Document 30-8   Filed 10/25/20   Page 2 of 6

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

- - - - - - - - - - - - - - - - x

WENGUI GUO,                          :

    Plaintiff,                   :

vs.                                  : Case No.
                                            1:18-CV-01064-TSE-IDD
BAOSHENG GUO,                        :

    Defendant.                   :

- - - - - - - - - - - - - - - - x

               January 23, 2019

               Washington, D.C.

VIDEO DEPOSITION OF:

                  WENGUI GUO

    Was called for examination by counsel for the Defendant, pursuant to notice, in the offices of, Zechner, Ellman & Krause, 409 7th Street, N.W., Suite 300, Washington, D.C., commencing at 10:08 a.m., before Carolyn Friend, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

Page 2

```
 1   APPEARANCES:
 2       J. DAVID MORRISSY, ESQUIRE
         Zeichner, Ellman & Krause, LLP
 3       409 7th Street, N.W., Suite 300
         Washington, D.C. 20004
 4       (202) 783-0316
         dmorrissy@zeklaw.com
 5       COUNSEL FOR THE PLAINTIFF
 6       JOHN C. ALTMILLER, ESQUIRE
         Pesner Kawamoto, PLC
 7       7926 Jones Branch Road, Suite 930
         McLean, Virginia 22102
 8       (703) 506-9440
         jaltmiller@pesnerkawamoto.com
 9       COUNSEL FOR THE DEFENDANT
10       ALEXANDER LAUFER, ESQUIRE
         Eisenhower & Laufer, P.C.
11       10560 Main Street, Suite 218
         Fairfax, Virginia 22030
12       (703) 352-9690
         alex.laufer.elpc@gmail.com
13       COUNSEL FOR THE DEFENDANT
14   ALSO PRESENT: Helen Cole, Interpreter; David
     Voigtsberger, Video Operator; Una Wilkinson, Check
15   Interpreter; Daniel Podhaskie
16
17          C O N T E N T S
18   WITNESS:     EXAMINATION BY:      PAGE:
19   Wengui Guo       Mr. Altmiller    4
20
21
22
```

Misty Klapper & Associates
703-780-9559

Page 3

```
 1           E X H I B I T S
 2   NO.:   DESCRIPTION:                        PAGE:
 3   1      Web page                             75
 4   2      Copy of photographs                  80
 5   3      Certification of translation         83
 6   4      New York Times article              105
 7   5      Answers to Interrogatories          107
 8   6      Request for Production of Documents 111
```

Misty Klapper & Associates
703-780-9559

Page 4

```
 1              P R O C E E D I N G S
 2       (Whereupon, a statement was
 3       read by Video Operator.)
 4       MR. ALTMILLER: John Altmiller. I
 5   represent the Defendant, Baosheng Guo.
 6       MR. MORRISSY: David Morrissy from
 7   Zeichner, Ellman & Krause. We represent the
 8   Plaintiff, Deponent.
 9       (Whereupon, the Interpreter
10       was sworn.)
11   Whereupon:
12       WENGUI GUO,
13   Was called for examination, and, after being
14   duly sworn, was examined and testified as
15   follows:
16       EXAMINATION BY COUNSEL FOR
17       DEFENDANT
18   BY MR. ALTMILLER:
19   Q   Would you, please, state your name?
20   A   Guo Wengui.
21   Q   And is that your current legal name?
22   A   The legal name is Guo Haoyun. It's Hong
```

Misty Klapper & Associates
703-780-9559

Page 5

```
 1   Kong pronunciation, Guo Haoyun.
 2   Q   And that is the name that is on your Hong
 3   Kong passport; is that correct?
 4   A   Yes.
 5   Q   And where do you currently live?
 6   A   New York, 5th Avenue, Number 781.
 7   Q   And how long have you lived there?
 8   A   Four years.
 9   Q   And where did you live before then?
10   A   Well, correction, a little bit over three
11   years, less than four.
12   Q   And before then?
13   A   Hong Kong, Beijing and London.
14   Q   So what should I -- how should I address
15   you?
16   A   Just call me Guo Wengui.
17   Q   Guo Wengui?
18   A   Yes.
19   Q   I will try and pronounce it correctly.
20   Have you ever been deposed before?
21   A   Yes.
22   Q   How many times?
```

Misty Klapper & Associates
703-780-9559

Page 94

1  MR. MORRISSY: What do you mean
2  eliminate?
3  MR. ALTMILLER: What -- I said once we
4  eliminate the people in this room, the suspects
5  would dwindle.
6  MR. LAUFER: The elevator says there's a
7  lower lobby, a lobby and there's a lower lobby.
8  MR. MORRISSY: Um-hmm.
9  MR. ALTMILLER: Well, I'm not going to
10 discuss escape plans. Let's -- we should --
11 let's --
12 MR. MORRISSY: I'm just saying, if -- you
13 know, we should power through because if my client's
14 security team believes that the risk is heightened
15 to the point where another authority needs to be
16 called or he needs to be escorted out, that's going
17 to have to happen. So let's --
18 MR. ALTMILLER: I hear you.
19 MR. MORRISSY: But we don't want that to
20 happen, so let's just move.
21 MR. ALTMILLER: I'm just trying to do a
22 deposition.

Misty Klapper & Associates
703-780-9559

Page 95

1  THE WITNESS: (Unintelligible.) Legal?
2  MR. ALTMILLER: For the record, I -- I --
3  I can't respond to a question that's -- that
4  requests legal advice from a --
5  BY MR. ALTMILLER:
6  Q  All right. Let's -- let's move along.
7  You -- you stated that -- that Baosheng Guo is a
8  killer of the democratic movement out to secure a
9  show in Las Vegas?
10 A  Yes.
11 Q  And you believe that to be true; is that
12 correct?
13 A  Yes.
14 Q  How do you think that he is a killer of
15 the democratic movement?
16 A  Because he defrauded and then also fool
17 those people who come against CCP. And those people
18 who paid the price of their life and of their
19 families, because in the past 70 years there's no
20 one like myself that is outspoken against the --
21 against the -- the communist party and is
22 anti-revolutionary.

Misty Klapper & Associates
703-780-9559

Page 96

1  So he used -- against the CCP, and he's
2  spoke against me, shows that he is a person who is
3  anti-democracy, a killer of the democracy, including
4  his actions today, summoned the media to -- to come
5  here. So his intention was to have the communist
6  party's spy to kill me.
7  MR. ALTMILLER: And I should just also
8  say that my co-counsel was just downstairs and we
9  may have an update on that situation.
10 MR. LAUFER: Yeah. There's -- there's --
11 there's absolutely nobody out there and the security
12 detail has indicated that they have no concerns
13 about it.
14 MR. MORRISSY: Well, the security detail
15 for my client isn't going to share with you their
16 concerns, first of all. And second of all, there's
17 absolutely people on the street. It's DC. Did you
18 go from car to car and check who was in each car?
19 We don't really know. So we'll get pictures of
20 them.
21 BY MR. ALTMILLER:
22 Q  Okay. Did you -- did you state that the

Misty Klapper & Associates
703-780-9559

Page 97

1  Defendant would have sex with an animal?
2  A  No.
3  Q  Have you said -- have you stated that
4  Baosheng Guo has solicited prostitutes in Tokyo?
5  A  I didn't say he solicited a prostitute.
6  I said that he went into strip club. Maybe it's a
7  translation error.
8  Q  Okay. I'm just asking. And why did you
9  state that Baosheng Guo went to a strip club?
10 A  Because a comrade who supported me in
11 Japan told me, plus Li Xioa Mu also told me that he
12 went to a strip club in Tokyo. I don't know if --
13 if it's a translation error, whether those people in
14 the strip club are qualified or so-called
15 prostitute, but he listed the strip club.
16 Additionally, he was the one who paid the
17 bill.
18 Q  And -- and who are these -- these people
19 who told you that?
20 A  Li Xioa Mu. He was the person who paid
21 the expenses on his behalf when they went to the
22 strip club to see women strip their clothes off.

Misty Klapper & Associates
703-780-9559

Page 98

1  Q  Okay. Did you ever state that Baosheng
2  Guo was poor and would not be able to file suit or
3  defend a lawsuit?
4  A  Yes, I said that.
5  Q  Did you state that the reason that
6  Baosheng Guo removed his complaint to federal court
7  was so that he could hand pick a judge?
8  A  No, that's not what I said. No.
9  Q  Did you make any statement about why
10 Baosheng Guo would have removed the case to federal
11 court?
12 A  I already answered your question. Guo
13 Baosheng was the one who tweeted the photos bragging
14 that they had a drink with this attorney who is a
15 descendent of President Carter. So he was the one
16 who tweeted that and that -- to show us that he also
17 have the case moved to a different court. He
18 tweeted that the judge at this new court
19 discriminate against Chinese people; Asian people,
20 especially Chinese. All of those move are
21 disadvantageous to our case. He says this is the
22 end date of -- of ever Guo.

Misty Klapper & Associates
703-780-9559

Page 99

1       THE REPORTER: Of what? I'm sorry.
2       THE INTERPRETER: Referring to him.
3       THE WITNESS: Evil Guo, G-U-O, my first
4  name, yeah, family name.
5       THE INTERPRETER: Oh, evil Guo.
6       THE WITNESS: He claimed that this -- the
7  evil Guo's end date is here, he said, or he tweeted
8  it. But I'm still alive after meeting you guys
9  after so long. You don't kill me. Thank you.
10      BY MR. ALTMILLER:
11 Q  Do you -- do you have a United States
12 passport?
13 A  No.
14 Q  Have you ever claimed that you had a
15 United States passport?
16 A  I never claimed that.
17 Q  Did you ever state that you had a
18 relationship with the first hacker in the world?
19 A  We are saying that we are in the process
20 of contacting the first hacker in the world for
21 anti-CCP. So don't take portions of my statement
22 and twist it. That is too much like the communist

Misty Klapper & Associates
703-780-9559

Page 100

1  party and those are not facts.
2  Q  What is your current net worth?
3  A  Negative.
4  Q  Okay.
5  A  On many media outlet, I already said that
6  I don't have any more money, even with -- my 13
7  billion assets in my homeland was confiscated. So I
8  have negative assets and that's why I'm suiing.
9       CHECK INTERPRETER: He said 1.3 billion.
10          (Cross talking in English and
11          Chinese.)
12      THE INTERPRETER: That's what he said, 13
13 billion.
14      CHECK INTERPRETER: Because what he said,
15 (Chinese), that is 1.3 billion. But now that he
16 corrected it, so --
17         (Cross-talking.)
18      THE WITNESS: Yeah, yeah, right.
19 Thirteen billion is correct. You were correct.
20 Thank you. I'm wrong.
21      BY MR. ALTMILLER:
22 Q  So have you represented yourself in

Misty Klapper & Associates
703-780-9559

Page 101

1  public as being a billionaire?
2  A  Never.
3  Q  Okay. All right. Do you own any assets
4  in the United States?
5  A  In reality, under the law, no.
6  Q  Do you receive any income from any
7  sources?
8  A  No. Communist party closed or seized all
9  my accounts and credit cards, especially after Guo
10 Baosheng started his cooperation with the communist
11 party and all my accounts were froze and I have not
12 a penny left.
13 Q  How do you pay your expenses?
14 A  Borrowed.
15 Q  So you continue to borrow money now to --
16 to pay your ongoing expenses?
17 A  Yes.
18 Q  Okay. Other than your interest in the
19 fund that owns the companies that we discussed
20 earlier, do you own any assets or real estate in
21 your own name?
22 A  The apartment that I stayed in New York,

Misty Klapper & Associates
703-780-9559

Page 102

1    781 Sherry-Netherland, was owned by the fund under
2    my name, but it's not mine.
3            (Court reporter clarifying.)
4            (Thereupon, a discussion was
5            had off the record.)
6        BY MR. ALTMILLER:
7    **Q    And so the -- so the -- the apartment**
8    **in -- in Manhattan is not in your name; is that**
9    **correct?**
10   A    It's under my name, but I did not own it.
11   **Q    Okay.**
12   A    Or I do not own it.
13           MR. MORRISSY: So, let's -- what does --
14   let's just talk about what under my name means
15   because we're talking about a New York apartment.
16   You're -- you're from up there. You know how things
17   are done with co-ops and condos and --
18           MR. ALTMILLER: Yeah. I -- I have no
19   idea what it means.
20           MR. MORRISSY: Right. Does it matter to
21   you?
22           MR. ALTMILLER: I mean, I don't know what

Misty Klapper & Associates
703-780-9559

Page 103

1    to make of it and so at some point -- I mean, I
2    haven't checked the land records, so I don't know --
3    I don't know -- or the tax records, so I have no
4    idea what it means. I don't know -- I don't know
5    what to make of it, quite frankly.
6            MR. MORRISSY: Yeah. It's all online
7    with ACRIS, so --
8            MR. ALTMILLER: I just -- I have no idea.
9            MR. MORRISSY: It's public information.
10           MR. ALTMILLER: I mean, I'm not trying to
11   be tricky. I was just -- I was just curious as I
12   say --
13           MR. MORRISSY: No, and I wasn't
14   insinuating that. I just wanted to clarify what my
15   client said, you know.
16           MR. ALTMILLER: He said it was in his
17   name and he didn't own it.
18           MR. MORRISSY: It's under his name.
19           MR. ALTMILLER: Under his name. He
20   didn't own it.
21           MR. MORRISSY: Because I don't understand
22   what that means.

Misty Klapper & Associates
703-780-9559

Page 104

1            MR. ALTMILLER: Well --
2            MR. MORRISSY: I mean, he's allowed to
3    live there pursuant to the co-op's rules. These
4    are -- I'm just --
5            MR. PODHASKIE: So it's all public. So
6    it's owned by an LLC technically. The shares are
7    owned by an LLC and he -- then the LLC is then owned
8    by a separate holding company and he is the owner of
9    the holding company and then he also has assets by a
10   proprietary lease the way a co-op is set up. It's
11   not a condominium, so you don't own the real estate.
12   You get shares and you get a lease to the apartment.
13           MR. LAUFER: So he's a beneficial owner?
14           MR. PODHASKIE: Correct.
15           MR. ALTMILLER: So -- just to clarify, so
16   he is -- the property is owned by an LLC that's
17   owned by a holding company that in turn is owned by
18   Mr. Guo?
19           MR. PODHASKIE: Correct.
20       BY MR. ALTMILLER:
21   **Q    Okay. Is that -- is that true?**
22           MR. ALTMILLER: Can I just have the

Misty Klapper & Associates
703-780-9559

Page 105

1    witness say that that's true?
2            THE WITNESS: Yes.
3            MR. ALTMILLER: Okay. So would it be --
4    so -- okay. All right. I'm not sure -- I'm not
5    sure what to make of that because it then -- it
6    suggests that he owns a -- he owns a company that
7    owns a company that owns a $65 million apartment.
8            MR. MORRISSY: Well, who's valuing that
9    apartment?
10           MR. ALTMILLER: Well, that's a good
11   question. So let's do this --
12           MR. MORRISSY: It wasn't purchased for
13   that amount.
14           MR. ALTMILLER: Let me -- that's --
15   that's a good point. Let's mark this as -- is it 4?
16   Let's mark it as 4.
17           (Whereupon, Deposition
18           Exhibit Number 4 was marked
19           for Identification.)
20       BY MR. ALTMILLER:
21   **Q    So let me ask you this: You're aware**
22   **that there was a -- a profile done of you by -- in**

Misty Klapper & Associates
703-780-9559