# EXHIBIT J

FILED: NEW YORK COUNTY CLERK 09/25/2020 05:23 PM
NYSCEF DOC. NO. 581

INDEX NO. 652853/2020
RECEIVED NYSCEF: 09/25/2020

Case 1:20-cv-06555-MKV   Document 30-10   Filed 10/25/20   Page 2 of 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of
THE SHERRY-NETHERLAND, INC.,

        *Petitioner (Landlord),*

-against-

GENEVER HOLDINGS LLC,

        *Respondent (Tenant),*

For a judgment of possession under Article 7 of the Real Property Actions and Proceedings Law and Article 6, Section 7 of the New York State Constitution, with regard to premises at:

    781 FIFTH AVENUE
    APARTMENT 1801
    NEW YORK, NEW YORK 10022

Index No.

**NOTICE OF PETITION FOR A SPECIAL PROCEEDING UNDER RPAPL 711(2)**

**Petitioner Business Address:**

THE SHERRY-NETHERLAND, INC.
781 FIFTH AVENUE
NEW YORK, N.Y. 10022

    **PLEASE TAKE NOTICE**, that upon the annexed Petition of THE SHERRY-NETHERLAND, INC. verified the 29th day of June, 2020, and upon all the prior proceedings heretofore had herein, the undersigned will move this Court at a Motion Support Office Courtroom, Room 130, at the Courthouse located at 60 Centre Street, New York, New York on the 24th day of July, 2020 at 9:30 a.m. or as soon thereafter as counsel can be heard for a judgment of possession under Article 7 of the Real Property Actions and Proceedings Law and Article 6, Section 7 of the New York State Constitution, with regard to premises at:

    781 FIFTH AVENUE
    APARTMENT 1801
    NEW YORK, NEW YORK 10022

[655442/1]

PLEASE TAKE FURTHER NOTICE that your landlord is suing you for nonpayment of rent.

PLEASE TAKE FURTHER NOTICE that

1. Your landlord has started an eviction nonpayment case against you for rent the landlord claims you owe. The landlord's reasons are given in the attached Petition.

2. Your landlord is asking this Court for:

- a money judgment for **$430,497.56** plus interest from June 2020 and

- permission to evict you from your premises if you do not pay the money judgment.

3. Pursuant to Section 321(a) of the New York Civil Practice Law and Rule, you are required to appear in this proceeding by an attorney because you are a corporation.

4. You have a right to a trial. But first you must Answer the Petition by filing Your Answer in person or by mail at the Clerk's Office at 60 Centre Street, New York, New York. Due to the COVID-19 health emergency and pursuant to the Administrative Order 115/20 of the Chief Administrative Judge of the Courts, you have the option to participate in the New York State Courts Electronic Filing System ("NYSCEF") to file Your Answer by electronic means. You may access NYSCEF online at https://iapps.courts.state.ny.us/nyscef/HomePage ("the NYSCEF website"). If you choose to file Your Answer in person or by mail, you must also serve a copy on your landlord's attorneys whose name and address appears at the end of this Notice. You must file Your Answer within 10 days after the date these papers were given to you or a person who lives or works in your premises, or were posted at your premises at:

> 781 FIFTH AVENUE
> APARTMENT 1801
> NEW YORK, NEW YORK 10022

*Warning!* If you don't Answer the Petition within 10 days, a judgment may be entered against you. If that happens, the landlord will have the right to evict you.

5. Your Answer should say the legal reasons that you don't owe all or part of the rent. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. To Answer the Petition you must either:

- Mail the Clerk your Answer in writing or
- Create a NYSCEF account on the NYSCEF website and electronically file Your Answer.

*Important!* If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

6. When you Answer the Petition, you will get a date to appear before the Court 3 to 8 days later. You have a right to postpone that date for 14 days but you have to ask for a postponement. If you pay all the rent due before your court date, the case will be dismissed.

7. If your name is not on this Notice but you have possession of the premises listed above, you have a right to Answer the Petition.

8. Available Resources:

• **Language Help**: If you don't speak English well you have a right to a free court interpreter. Tell the Court Clerk you need an interpreter, or call 646 386-5670. To read a translation of this Notice in another language visit: www.nycourts.gov/housingnyc. For information on evictions:

> 646 386-5750: Informations concernant les expulsions • বেদখলের তথ্য • 迫迁相关信息 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد • معلومات یک وریدخل بے • Enfòmasyon Konsènan Degèpisman • Información sobre desalojos

• **ADA Help**: If you need special accommodations to use the court because of a disability, tell a Court Clerk or ADA contact person.

• **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at (718) 557-1399 for more information about getting help to pay the rent.

• **Legal Help**: The court does not give you a lawyer. If you do not have money to hire a lawyer, contact the Legal Aid Society 212 577-3300 or Legal Services 212 431-7200 or visit LawHelpNY at www.lawhelpny.org. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212 626-7373.

• **Online Help**: Visit LawHelpNY at www.lawhelpny.org.

[655442/1]

**PLEASE TAKE FURTHER NOTICE that:**

> **Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished 60 days after the first court date, or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, the landlord may get a judgment against you without a trial. If you fail to make future payments ordered by the court, your case may go to trial right away. RPAPL Sec. 745.
>
> **After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to pay the judgment and not be evicted. After that time is up, you will get a Notice of Eviction from a Sheriff giving you at least 14 days to pay all the rent due or move. If you don't move you will be evicted by the Sheriff. RPAPL Sec. 749(2).

City of New York,
County of New York
Dated: June 29, 2020

Clerk of the County of New York and
Clerk of the Supreme Court of the State of New York, New York County

Hon. Milton Tingling

ADAM LEITMAN BAILEY. P.C.

Carolyn Z. Rualo, Esq.
*Attorneys for Petitioner-Landlord*
One Battery Park Plaza. 18th Floor
New York, New York 10004
(212)825-0365

[655442/1]