# EXHIBIT M

The Honorable David Keenan

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| WA&HF LLC; RUIZHENG AN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SARACA MEDIA GROUP INC.; WENGUI GUO,<br><br>　　　　Defendants. | No. 20-2-12680-2 SEA<br><br>**NOTICE OF APPEARANCE**<br><br>[*Clerk's Action Required*] |

TO:　　　　CLERK OF THE COURT

AND TO:　　ALL COUNSEL OF RECORD

　　PLEASE TAKE NOTICE that Molly A. Terwilliger and Yarmuth LLP enter their appearance on behalf of Defendant Saraca Media Group Inc. All further pleadings, notices, documents, or other papers herein, exclusive of process, may be served upon this Defendant by serving the undersigned attorneys at the addresses stated below.

　　This notice is not intended to waive, and does not constitute a waiver of, any defense, objection, or claim whatsoever, including without limitation jurisdiction, venue, sufficiency of service, or any other claim or defense, and all such claims and defenses are expressly reserved.

NOTICE OF APPEARANCE – Page 1

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800　fax 206.516.3888

Dated: October 15, 2020.

**YARMUTH LLP**

By: *s/Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Email: mterwilliger@yarmuth.com

*Attorneys for Defendant Saraca Media Group Inc.*

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically served the foregoing document via the e-service feature within the Clerk's online eFiling application, pursuant to LGR 30(b)(4)(B), upon the following parties and/or counsel of record:

| | |
|---|---|
| Angus F. Ni<br>AFN Law PLLC<br>506 Second Avenue, Suite 1400<br>Seattle, WA 98104<br>Email: angus@afnlegal.com | *Attorneys for Plaintiffs* |

Dated: October 15, 2020 at Seattle, Washington.

*s/Vassie Skoulis*
Vassie Skoulis, Legal Assistant

NOTICE OF APPEARANCE – Page 3



1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

1198.01 ui041006 10/15/20

**THE HONORABLE DAVID KEENAN**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| WA&HF LLC, | No. 20-2-12680-2 SEA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| SARACA MEDIA GROUP, INC., and WENGUI GUO, | |
| Defendants. | |

**TO:**     **CLERK OF THE COURT;**

**AND TO:**     **ALL PARTIES AND THEIR COUNSEL OF RECORD.**

Without waiving any claim or defense, we hereby enter our appearance as attorneys for defendant Wengui Guo in the above-captioned action. We request that all papers and pleadings, except for original process, in this cause be served upon us at our address stated below.

This notice is not intended to waive, and does not constitute a waiver of, any defense, objection, or claim whatsoever, including without limitation jurisdiction, venue, sufficiency of service, or any other claim or defense, and all such claims and defenses are expressly reserved.

NOTICE OF APPEARANCE - 1
CASE NO. 20-2-12680-2 SEA

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260

RESPECTFULLY SUBMITTED this 23rd day of October, 2020.

**Goldfarb & Huck Roth Riojas, PLLC**

*/s/ R. Omar Riojas*
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: huck@goldfarb-huck.com
    riojas@goldfarb-huck.com

Attorneys for Defendant Wengui Guo

NOTICE OF APPEARANCE - 2
CASE NO. 20-2-12680-2 SEA

**Goldfarb & Huck
Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260

# CERTIFICATE OF SERVICE

I certify that on this 23rd day of October, 2020, a copy of this document was sent as stated below.

| | |
|---|---|
| Angus F. Ni<br>AFN Law PLLC<br>506 2nd Ave, Ste. 1400<br>Seattle, WA 98104<br>angus@afnlegal.com | ☒ via efiling/email<br>☐ via personal service<br>☐ via US Mail<br>☐ via fax |

DATED this 23rd day of October, 2020.

/s/ Angela A. Trinh
Angela A. Trinh

NOTICE OF APPEARANCE - 3
CASE NO. 20-2-12680-2 SEA

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260