UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:__12/11/2020__       │
└─────────────────────────────────┘
```

RUIZHENG AN,

                             Plaintiff,

          -against-                                                    1:20-cv-6555 (MKV)

                                                                       ORDER OF DISMISSAL
GTV MEDIA GROUP INC., SARACA
MEDIA GROUP, INC., and WENGUI
GUO,

                             Defendants.

MARY KAY VYSKOCIL, United States District Judge:

          The Court is in receipt of a letter from the parties informing the Court that all parties have

reached a settlement in principle [ECF #38].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made by

February 1, 2021.  If no such application is made by that date, today's dismissal of the action is

with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **December 11, 2020**                    **MARY KAY VYSKOCIL**
          **New York, NY**                              **United States District Judge**